**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Joshua**<br>First name<br><br>**B.**<br>Middle name<br><br>**Kantor**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1528 |  |

Debtor 1  **Joshua B. Kantor**                                              Case number *(if known)*

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| 5. | **Where you live** | **509 W. Bay St., Unit 305**<br>**Tampa, FL 33606-2738**<br>Number, Street, City, State & ZIP Code<br><br>**Hillsborough**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    **Joshua B. Kantor**    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Joshua B. Kantor    Case number *(if known)* _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

| Debtor 1 | Joshua B. Kantor | Case number *(if known)* |
|---|---|---|

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Joshua B. Kantor                                            Case number (if known)

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_signed_
Joshua B. Kantor
Signature of Debtor 1

Executed on 7.31.2025
MM / DD / YYYY

Signature of Debtor 2

Executed on _____
MM / DD / YYYY

| Debtor 1 | Joshua B. Kantor | Case number *(if known)* | |
|---|---|---|---|

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

| /s/ Amy Denton Mayer | Date | 7.31.2025 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Amy Denton Mayer**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  813-229-0144        Email address   amayer@srbp.com

**0634506 FL**
Bar number & State

ADT Security Services
PO Box 371878,
Pittsburgh, PA 15250-7878

All Credit Considered Mortgage, Inc.
1801 Research Blvd., #410
Rockville, MD 20850

American Express
P.O. Box 981535
El Paso, TX 79998

Anticus Engineering
104 2nd Ave SW
Ruskin, FL 33573

Aqua Leak Detection
121 Triple Diamond Blvd Unit #13
Nokomis, FL 34275

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Babes Ace Hardware/Venice
140 E. Miami Ave
Venice, FL 34285

BBB of West Florida
2655 McCormick Dr.
Clearwater, FL 33759

Ben Bukhar
371 Channelside Walk Way
Unit 1404
Tampa, FL 33602

Bluevine Capital
550 Hamilton Ave, #220
Palo Alto, CA 94301

Bluevine Capital
30 Montgomery St, #1400
Jersey City, NJ 07302

Brenntag Mid-South, Inc.
3796 Reliable Parkway
Chicago, IL 60686-0037

Byzfunder

530 7th Ave., #505
New York, NY 10018

CFG Merchant Solutions, LLC
180 Maiden Lane, 15th Floor
New York, NY 10038

ComCenter Managers, LLC
9040 Town Centr Parkway
Bradenton, FL 34202

Commercial Residential Aluminum
156 Triple Diamond Blvd.
North Venice, FL 34275

CT Corporation System, as Repr.
330 N. Brand Blv., #700
Attn: SPRS
Glendale, CA 91203

EJ Pool Clean Out Services LLC
5416 Isabella Ave.
Sarasota, FL 34235

Embroidery Patch
208 Warfield Ave # D
Venice, FL 34285

First Corporate Solutions, as Repr.
914 S. Street
Sacramento, CA 95811

FPL
General Mail Facility
Miami, FL 33188-0001

Gator Pool Construction LLC
6212 17th Street East
Bradenton, FL 34203

Gorman Company
18105 Paulson Dr.
Port Charlotte, FL 33954

Gulf Coast Rescreen LLC
220 Azalea Rd.
Venice, FL 34293

Gulfstream Heat Pumps
7902 Interstate Court

North Fort Myers, FL 33917

Hajoca Corporation
2001 Joshua Rd.
Lafayette Hill, PA 19444

Hajoca Corporation
c/o Baker Donelson Bearman
200 S. Orange Ave., #2050
Orlando, FL 32801

Impact Fire Services LLC
PO Box 735063
Dallas, TX 75373,

IQ4Mobility, LLC
2055 Wood Street, Suite 114
Sarasota, FL 34237

James Simpson
c/o Richard Goldstone, P.A.
2900 N. University Dr., #9
Pompano Beach, FL 33065

Jeffrey Zachter, Esq.
Zachter PLLC
30 Wall St., 8th Floor
New York, NY 10005

John Prendergast
7653 Casa Grande Blvd.
Keystone Heights, FL 32656

Jorns & Associates LLC
P.O. Box 782934
Wichita, KS 67278

Kapitus Servicing
2500 Wilson Blvd., #350
Arlington, VA 22201

Kari Bezzina
4218 Pinfish Lane
Palmetto, FL 34221

Kelly Thomas
4218 Pinfish Lane
Palmetto, FL 34221

Kendall Pools & Construction LLC

6213 Triple Tail Court  
Lakewood Ranch, FL 34202

KGL Consulting LLC  
Daphne Ave.  
Daphne, AL 36526

Lisa Kantor  
509 W. Bay St., #305  
Tampa, FL 33606

Manatee Chamber of Commerce  
222 10th W.  
BRADENTON, FL 34205

Marjorie Walker  
1842 Adams Rd.  
Loveland, OH 45140

Mark Varoz  
809 Pintail Cove  
Bradenton, FL 34212

Mike and Lisa Meacock  
505 Velasquez Dr.  
Osprey, FL 34229

Molly Maid  
1461 Tallevast Rd.  
Sarasota, FL 34243

Pit Stop Auto Repair  
1601 South McCall Rd.  
Englewood, FL 34223

Pool Corp.  
c/o Mark A. Kirkorsky, P.C.  
119 W. Southern Ave., Second Floor  
Mesa, AZ 85210

Proline  
2196 Zuyder Terrace  
North Port, FL 34286

PWP Distributors  
6500 Sawyer Loop Rd.  
Sarasota, FL 34238-2700

Quickbooks Capital  
2632 Marine Way

Mountain View, CA 94043

Ressurection Pools
2032 El Jobean Rd.
Port Charlotte, FL 33948

Richard Palmer
Whispering Lane
Venice, FL 34285

RM Shotcrete Service
3015 21st Street Ct E
Palmetto, FL 34221

Saladino Properties, Inc.
218 High Point Dr.
Venice, FL 34292-1716

Sarasota Tax Collector
101 South Washington Blvd.
Sarasota, FL 34236

SCP #226982 Renovation
c/o Dept. #0594
P.O. Box 850001
Port Charlotte, FL 33948

Screen Factory LLC
3620 Colonial Blvd.
Fort Myers, FL 33966

Selene Finance LP
P.O. Box 660369
Dallas, TX 75266

Selene Finance LP
P. O. Box 8619
Philadelphia, PA 19101-8619

Shumaker, Loop & Kendrick, LLP
PO Box 714625
Cincinnati, OH 45271

Signify Business Essential
P.O. Box 40310
Mesa, AZ 85274

Simply Irrigation LLC
1003 57th Ave East
Bradenton, FL 34203

Sunrift Electric. LLC
4813 95th Drive East
Parrish, FL 34219

Sunshine Gunite & Concrete INC
6213 Triple Tail Court
Lakewood Ranch, FL 34202

Tim's Automotive of Venice Inc
208-B Warfield Ave
Venice, FL 34285

Two-Morrows Enterprises
999 South McCall Rd.
Englewood, FL 34223

U.S. Attorney
Attn: Civil Process Clerk
400 N. Tampa St., #3200
Tampa, FL 33602

U.S. Bank Trust National Assoc., Trustee
for Homes Mortgage Trust
9990 Richmond Ave., #100
Houston, TX 77042-4546

U.S. Bank Trust National Assoc., Trustee
for Homes Mortgage Trust
c/o De Cubas & Lewis, P.A.
P.O. Box 5026
Fort Lauderdale, FL 33310

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203

U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155

USAA Credit Card
P.O. Box 34894
San Antonio, TX 78265

USAmeriBank
4790 140th Ave. N.
Clearwater, FL 33762

Valle Brick And Tile LLC

3297 Milwaukee St
Port Charlotte, FL 33980

Valley National Bank
925 Allwood Rd.
Card Services, 2nd Floor
Clifton, NJ 07012

Valley National Bank
1700 Palm Beach Lakes, 10th Floor
West Palm Beach, FL 33401

Vargas Pools LLC
5828 13th Street Court East
Bradenton, FL 34203

Wells Fargo SBL
P.O. Box 29482
Phoenix, AZ 85038

White Cement Specialties
202 Seaboard Ave.
Venice, FL 34285